United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL I BROWN-SEALS,<br>    Petitioner,<br><br>    v.<br><br>JAQUEZ FRANCISCO,<br>    Respondent. | Case No. 16-cv-04763-PJH<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR PETITIONER TO SHOW CAUSE**<br><br>Re: Dkt. No. 3 |

    Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also applied for leave to proceed in forma pauperis. Petitioner challenges a 2005 conviction from the Lake County Superior Court. However, court records indicate that petitioner already filed a habeas petition in this court challenging the same conviction. *See Seals v. Jaquez*, Case No. 10-cv-3707-PJH. Petitioner's case was dismissed with prejudice as barred by the statute of limitations and was affirmed by the Ninth Circuit. This appears to be a successive petition.

    "A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be dismissed . . ." 28 U.S.C. § 2244(b)(2). This is the case unless,

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
> (B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to

> establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). It does not appear that petitioner has received authorization from the Ninth Circuit to file this petition, therefore he will be ordered to show cause why this case should not be dismissed.

## CONCLUSION

1. Petitioner's motion for leave to proceed in forma pauperis (Docket No. 3) is **GRANTED**.

2. Petitioner must show cause by **September 22, 2016**, why this case should not be dismissed as successive. Failure to file a response will result in this case being dismissed.

**IT IS SO ORDERED.**

Dated: August 29, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_cv\2016\2016_04763_Brown-Seals_v_Francisco\16-cv-04763-PJH-osc_p.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL I BROWN-SEALS,

    Plaintiff,

v.

FRANCISCO JAQUEZ,

    Defendant.

Case No. 16-cv-04763-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael I Brown-Seals ID: #V-77488
Pelican Bay State Prison C-1-A#102 SHU
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: August 29, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

3